**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 18811 |
| Ashley Mckinney, | ) | HON. Jack B. Schmetterer |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

To:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, STE 3850, Chicago, IL 60603;

Celink, Reverse Mortgage Servicing Dept., PO Box 40724, Lansing, Michigan, 48901, via certified mail;

Celink, C/O McCalla Rayner Leibert Pierce, LLC, 1 N Dearborn STE 1200, Chicago, IL 60602, via certified mail;

See attached Service List.

PLEASE TAKE NOTICE that on December 12, 2018 at 10:00 a.m., in courtroom 682 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the Honorable Schmetterer and shall then and there present the attached motion at which place and time you may appear if you see fit.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above named creditors and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 30, 2018.

*/s/ John Wonais*
Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, Floor 28
Chicago, IL 60603
(312) 913-0625

Label Matrix for local noticing
0752-1
Case 18-18811
Northern District of Illinois
Chicago
Fri Nov 30 16:56:11 CST 2018

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

CAPITALONE
PO BOX 30253
SALT LAKE CITY, UT 84130-0253

Check N Go
2116 W Jefferson St
Joliet, IL 60435-6622

City of Chicago - Dept. of Finance
333 S State Street, Suite 330
Chicago, IL 60604-3965

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Ste. 600
Chicago, IL 60604-3517

Columbia College Chicago
600 South Michigan Avenue
Out Of School Services Team
Chicago, IL 60605-1996

ComEd
1919 Swift Drive
Oak Brook, IL 60523-1502

Country Club Hills Municipality
4200 W 183rd Street
Country Club Hills, IL 60478-5338

FRANKLIN COLLECTION SV
2978 W Jackson St
Tupelo, MS 38801-6731

Finance of America
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1 N. Dearborn Suite 1200
Chicago, IL 60602-4337

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654-1421

IDOR-Bankruptcy Section
Po Box 851388
Minneapolis, MN 55485-1388

IL Tollway
PO Box 5544
Chicago, IL 60680-5491

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Nicor Gas
Po Box 549
Aurora, IL 60507-0549

PERFECTION COLLECTION
313 E 1200 S
OREM, UT 84058-6910

PLS
3175 175th St
Suite 3
Hazel Crest, IL 60429

Pathlight Resident Support Specialist
6500 International Parkway, Suite 1100
Plano, TX 75093-8363

People's Gas
200 E Randolph St
Chicago, IL 60601-6302

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

The Payday Loan Store
c/o Creditors Bankruptcy Service
P O Box 800849
Dallas, TX 75380-0849

WELLS FARGO DEALER SVC
PO BOX 19657
IRVINE, CA 92623-9657

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
P.O. Box 19657
Irvine, CA 92623-9657

Ashley Mckinney
1038 Sterling Ave Apt 312
Flossmoor, IL 60422-1200

John P Wonais
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Timothy P Mazur
THE SEMRAD LAW FIRM, LLC
20 S. Clark Suite 2800
Chicago, IL 60603-1811

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS                                             Sprint
Irs Mail Stop 4100 P-3                          PO Box 7949
Kansas City, MO 64999                           Overland Park, KS 66207



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Finance of America, LLC                      End of Label Matrix
                                                Mailable recipients    28
                                                Bypassed recipients     1
                                                Total                  29

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | )   CASE NO. 18 B 18811 |
| Ashley Mckinney, | )   HON. Jack B. Schmetterer |
| | )   CHAPTER 13 |
| DEBTOR. | ) |

## MOTION TO APPROVE SALE OF PROPERTY

Ashley Mckinney, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order allowing the Debtor to proceed in a sale of property. Debtor states the following:

1.     On July 3, 2018, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.     On October 10, 2018, this Honorable Court confirmed Debtor's Chapter 13 Plan of reorganization.

3.     Debtor entered into an agreement to sell the property at 8733 S East Ave, Chicago, IL 60617 to Brandon Unger for $161,500.00.  Please see Exhibits A and B.

4.     All funds received from the sale shall be disbursed to Celink, Reverse Mortgage Servicing Dept to payoff Debtor's mortgage on the above mentioned property.

5.     Debtor respectfully requests this Honorable Court enter an Order approving Debtor's sale of the property located at 8733 S East Ave, Chicago, IL 60617.

WHEREFORE, Ashley Mckinney, Debtor, respectfully requests this Honorable Court to

enter an Order approving the sale of the property located at 8733 S East Ave, Chicago, IL 60617.

Respectfully Submitted,

*/s/ John Wonais*____
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625